No. 81–6125. In re Nearis. C. A. 1st Cir. Certiorari denied.

No. 81–6141. Rodrigues v. United States. C. A. 9th Cir. Certiorari denied.

No. 81–6149. Garza et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 81–6154. In re Randolph T. Ct. App. Md. Certiorari denied.

No. 81–6155. Antonelli v. Lippman, Warden. C. A. 7th Cir. Certiorari denied.

No. 81–868. DeVito, Director of the Illinois Department of Mental Health v. Harrington et al. C. A. 7th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 81–1133. Missouri Board of Probation and Parole et al. v. Williams et al. C. A. 8th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 81–1470. Meyer, Warden v. Wilson. C. A. 7th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 81–900. Nuclear Engineering Co., Inc. v. Fahner, Attorney General of Illinois. C. A. 7th Cir. Certiorari denied. Justice White would grant certiorari.

No. 81–1263. Devon Corp. et al. v. Miller, Director, West Virginia Department of Mines, et al. Sup. Ct. App. W. Va. Certiorari denied. Justice White would grant certiorari.